# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD KING, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Civil Case No. 08-1562 (RJL)** |
| | ) |
| CHARLES F. BOLDEN, JR., | ) |
| ADMINISTRATOR, NATIONAL | ) |
| AERONAUTICS AND SPACE | ) |
| ADMINISTRATION, | ) |
| | ) |
| **Defendant.** | ) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this _____ day of June, 2010, hereby

**ORDERED** that the defendant's Motion for Summary Judgment [# 11] is **GRANTED**, and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge